925 P.2d 395

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| GGS Co., Ltd. v. Masuda | 18303 | 9/03/96 | Affirmed |
| Pracht v. Administrative Director | 17657 | 9/04/96 | Vacated and Remanded |
| State v. Dubin | 16369 | 9/06/96 | Affirmed |
| State v. Calderwood | 18423 | 9/09/96 | Affirmed |
| State v. Tangonan | 18256 | 9/09/96 | Affirmed |
| Benoit v. Galerie Lassen, Inc. | 17318 | 9/09/96 | Affirmed |
| State v. Bueno | 17234 | 9/10/96 | Affirmed |
| State v. Batiste | 16812 | 9/10/96 | Reversed, Vacated and Remanded |
| Doe, In re: John (DOB 4/16/91) | 16659 | 9/11/96 | Affirmed |
| State v. Apo | 16502 | 9/16/96 | Affirmed |
| Jackson v. State | 17639 | 9/16/96 | Affirmed |
| Castro v. State | 17024 | 9/17/96 | Affirmed, Reversed, Vacated and Remanded |
| State v. Kosi | 18141 | 9/17/96 | Vacated and Remanded |
| State v. Liulama | 16887 | 9/18/96 | Affirmed |
| Saavedra v. Cheng | 15971 | 9/20/96 | Affirmed |
| James v. James | 16826 | 9/20/96 | Affirmed in part and Vacated |
| State v. Middleton | 17521 | 9/23/96 | Reversed |
| State v. Koerte | 17388 | 9/23/96 | Affirmed |
| State v. Uahinui | 18091 | 9/25/96 | Vacated and Remanded |
| Labayog v. Saniatan | 19330 | 9/26/96 | Vacated and Remanded |
| Moreira v. Badua | 18148 | 9/27/96 | Affirmed, Vacated and Remanded |
| Poipu Beach Restaurant Partnership v. Flores | 16571 | 9/27/96 | Affirmed |
| State v. Santarone | 17561 | 9/30/96 | Affirmed |
| Azer v. Carver | 16825 | 9/30/96 | Vacated and Remanded |
| State v. Cho | 16973 | 9/30/96 | Affirmed |